AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| MARK O'LOUGHLIN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  15-cv-62023-BB |
| EQUIFAX INFORMATION SERVICES LLC | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   EQUIFAX INFORMATION SERVICES LLC
REGISTERED AGENT: CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASEE FL 32301-2525 US

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leo Bueno
LEO BUENO, ATTORNEY, P.A.
P.O. Box 141679
Coral Gables, FL  33114-1679
305-669-5260 [voice]; 305-328-9301 [fax]
Leo@BuenoLaw.com; www.BuenoLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   09/24/2015

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts